UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARVIN BERNADARDINO CUN CHITAY                                    PETITIONER

V.                                          CIVIL ACTION NO. 5:25-CV-113-DCB-ASH

PAM BONDI, ATTORNEY GENERAL OF THE UNITED              RESPONDENTS
STATES; KRISTI NOEM, SECRETARY, DEPARTMENT OF
HOMELAND SECURITY; TODD LYONS, ACTING
DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT; BRIAN ACUNA, NEW ORLEANS
ACTING FIELD OFFICE DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT; AND RAPHAEL VERGARA,
WARDEN, ADAMS COUNTY CORRECTIONAL CENTER

ORDER DIRECTING RESPONDENTS TO FILE
AN ANSWER OR OTHER RESPONSIVE PLEADING

Petitioner Marvin Bernardino Cun Chitay filed this habeas petition under 28 U.S.C. § 2241 against Respondents Pam Bondi, Kristi Noem, Todd Lyons, Brian Acuna, and Raphael Vergara, all in their official capacities, on October 15, 2025.[1] As provided by Rule 4 of the Rules Governing Section 2254 Cases[2] in the United States District Courts, the undersigned has examined the petition and finds that further development of the record is necessary to consider it.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

1. That Respondents Bondi, Noem, Lyons, Acuna, and Vergara file answers or other responsive pleadings within 20 days of the service of a copy of this order; and

---

[1] Petitioner also invokes the Court's federal-question jurisdiction over his claim for injunctive relief.

[2] Rule 1 of those rules states that "[t]he district court may apply to any or all of these rules to a habeas corpus petition" under a section other than § 2254. *See Reyes-Gonzalez v. Driver*, No. 05-248, 2005 WL 1669830, at *2 (S.D. Tex. July 18, 2005) ("A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241.").

2. That, under Federal Rule of Civil Procedure 4(i), the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] along with a copy of this Order, upon:

    a. **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court Street, Suite 4.430, Jackson, Mississippi 39201;

    b. **Attorney General of the United States Pam Bondi**, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001;

    c. **Secretary of Homeland Security Kristi Noem**, 2707 Martin Luther King Jr. Avenue SE, Washington, D.C. 20528;

    d. **Acting Director of Immigration and Customs Enforcement Todd Lyons**, 500 12th Street SW, Washington, D.C. 20536;

    e. **Acting Field Office Director Brian Acuna**, 1250 Poydras, Suite 325, New Orleans, Louisiana 70113; and

    f. **Warden Raphael Vergara**, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**SO ORDERED AND ADJUDGED** this the 22nd day of October, 2025.

                                    s/ *Andrew S. Harris*
                                    UNITED STATES MAGISTRATE JUDGE