UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARVIN BERNARDINO CUN CHITAY                                           PETITIONER

V.                                              CIVIL ACTION NO. 5:25-CV-113-DCB-ASH

PAM BONDI, ATTORNEY GENERAL OF THE UNITED                              RESPONDENTS
STATES, ET AL.

ORDER WITHDRAWING REPORT AND RECOMMENDATION

On January 22, 2026, the undersigned entered a Report and Recommendation recommending that the Court grant in part Petitioner Marvin Bernardino Cun Chitay's 28 U.S.C. § 2241 habeas petition. On February 6, 2026, a panel of the United States Court of Appeals for the Fifth Circuit issued a published opinion addressing the statutory-interpretation issue at the heart of the undersigned's Report and Recommendation and reaching the opposite conclusion. *See Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). On February 23, 2026, the undersigned ordered supplemental briefing on the remaining issues in the case. Order [13]. In his first supplemental brief,[1] Cun Chitay concedes that *Buenrostro-Mendez* "forecloses [his] purely statutory entitlement theory." Mem. [14] at 1; *see also id.* at 2 ("This Court is bound by the Fifth Circuit's holding on the purely statutory question . . . ."). Based on Cun Chitay's concession, and following *Buenrostro-Mendez*, the undersigned finds that its existing Report and Recommendation [11] must be withdrawn. The Court will enter a new Report and Recommendation upon completion of the supplemental briefing.

**SO ORDERED AND ADJUDGED** this the 16th day of March, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's Order permits Cun Chitay to file a supplemental reply on or before March 31, 2026. Order [13] at 2.